Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Alejandro Herrera Espinoza

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEJANDRO HERRERA ESPINOZA, ) | Case No.: CV 10-7114 JC |
| ) | |
| Plaintiff, ) | ~~{PROPOSED}~~ ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT |
| ) | ATTORNEY FEES AND EXPENSES |
| vs. ) | PURSUANT TO 28 U.S.C. § 2412(d) |
| ) | AND COSTS PURSUANT TO 28 |
| MICHAEL J. ASTRUE, ) | U.S.C. § 1920 |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant ) | |
| ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,200.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE:     May 23, 2011

```
                            /s/
           _____
           THE HONORABLE JACQUELINE CHOOLJIAN
           UNITED STATES MAGISTRATE JUDGE
```